Ricky M. WATSON, Plaintiff–
Appellant,

v.

Ronald J. ANGELONE, Director, Virginia Department of Corrections,
Defendant–Appellee.

No. 01–6710.

United States Court of Appeals,
Fourth Circuit.

Submitted June 21, 2001.

Decided July 5, 2001.

Ricky M. Watson, pro se.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Ricky M. Watson appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court, *see* *Watson v. Angelone*, No. CA–00–839–2 (E.D.Va. Mar. 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

St. Clair A. ALLMOND,
Plaintiff–Appellant,

v.

Christopher PREUSS, Sergeant; Ervin J. Taylor, Officer; Virginia Commonwealth University Police Department,
Defendants–Appellees.

No. 01–6716.

United States Court of Appeals,
Fourth Circuit.

Submitted June 21, 2001.

Decided July 5, 2001.

St. Clair A. Allmond, pro se.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

St. Clair A. Allmond appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Allmond v. Preuss*, No. CA–01–246–2 (E.D.Va. Apr. 17, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*